| | |
|---|---|
| 1 | Daniel H. Wu (SBN 198925) |
| | Emily L. Wallerstein |
| 2 | SQUIRE PATTON BOGGS (US) LLP |
| | 555 South Flower Street, 31st Floor |
| 3 | Los Angeles, CA 90071 |
| | Tel:         (213) 624-2500 |
| 4 | Email:     daniel.wu@squirepb.com |
| |                 emily.wallerstein@squirepb.com |
| 5 | |
| | Attorneys for Plaintiff and Counterclaim |
| 6 | Defendant SVETLANA REILE |
| 7 | Stephen L. Schreiner [SBN 112802] |
| | SOLOMON WARD SEIDENWURM & SMITH LLP |
| 8 | 401 B Street, Suite 1200 |
| | San Diego, California 92101 |
| 9 | Tel:         (619) 231-0303 |
| | Email:     sschreiner@swsslaw.com |
| 10 | |
| | Attorneys for Plaintiff and Counterclaim |
| 11 | Defendant ANTHONY M. BELTRAN |
| 12 | Jonathan Loeb (SBN 162758) |
| | BLANK ROME LLP |
| 13 | 2029 Century Park East, 6th Floor |
| | Los Angeles, CA 90067 |
| 14 | Tel:         (424) 239-3400 |
| | Email:     jloeb@blankrome.com |
| 15 | |
| | Attorneys for Defendant and |
| 16 | Counterclaimant AFILIAS, PLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOLFGANG REILE and ANTHONY BELTRAN, | Case No. 2:18-cv-01549 DMG (JEMx) |
| Plaintiffs, | **JOINT RULE 26(f) CONFERENCE REPORT AND DISCOVERY PLAN** |
| v. | [Fed. R. Civ. P. 16 and 26(f); |
| AFILIAS, PLC, | Central District Local Rule 26-1] |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), United Stated District Court for the Central District of California Local Rule 26-1, and this Court's April 20, 2018 Scheduling Order [Doc. 17], the parties to this action jointly submit this Rule 26(f) Conference Report and Discovery Plan.

1. <u>Rule 26(f) Conference</u>. On November 16, 2018, pursuant to FRCP 26(f)(1)-(2) and the Court's Scheduling Order, counsel for all parties participated in a telephonic conference to discuss issues to be addressed at the December 7, 2018 Scheduling Conference in this case.

2. <u>Timing of Rule 26(a) Disclosures</u>. Pursuant to FRCP 26(f)(3)(A), the parties do not propose any changes to the timing, form, or requirements for initial disclosures under FRCP 26(a). The parties will make their initial disclosures on or before **November 30, 2018**.

3. <u>Discovery Plan</u>. Pursuant to FRCP 26(f)(3)(B), counsel for the parties agreed on the following discovery plan:

   (a) <u>Subjects of Discovery</u>: The subjects of discovery include:

      (i) Usage and interpretation of terms contained in (A) the Stock Purchase Agreement and (B) the Promissory Note attached as Exhibits A and B to the complaint ;

      (ii) The Value Added Tax calculations that are the subject of the parties' claims and defenses; and

      (iii) The parties' negotiations and intent with respect to the Stock Purchase Agreement and Promissory Note.

   (b) <u>Lay Discovery</u>: All lay discovery, including written discovery requests and responses and party and percipient witness depositions, will be completed by **June 28, 2019**.

   (c) <u>Expert Discovery</u>: Expert witness depositions will be completed by **July 31, 2019**.

///

    4.    <u>Electronically Stored Information</u>.  Pursuant to FRCP 26(f)(3)(C), counsel for the parties do not at this time anticipate any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.

    5.    <u>Claims of Privilege</u>.  Pursuant to FRCP 26(f)(3)(D), counsel for the parties do not at this time anticipate any issues about claims of privilege or protection of trial-preparation materials.

    6.    <u>Limitations on Discovery</u>.  Pursuant to FRCP 26(f)(3)(E), counsel for the parties do not at this time request any changes in the limitations imposed on discovery under the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the Central District of California.

    7.    <u>Other Orders</u>.  Pursuant to FRCP 26(f)(3)(f), counsel for the parties do not at this time request any other orders on topics identified in FRCP 26(c) and FRCP 16(b)-(c).

    8.    <u>Complex Case</u>.  Pursuant to Local Rule 26-1(a), counsel for the parties agree that this case should not be designated as complex.

    9.    <u>Motion Schedule</u>.  Pursuant to Local Rule 26-1(b), counsel for the parties propose **July 1, 2019**, as the deadline for filing motions other than discovery motions.  At this time, all parties expect to file motions or cross-motions for summary judgment or partial summary judgment.  The parties are not currently aware whether, or what, other motions may be necessary.

    10.    <u>ADR Procedure</u>.  Pursuant to Local Rules 26-1(c), counsel for the parties have agreed to ADR Procedure No. 3 (as described in Local Rule 16-15.4).  The parties intend to conduct a private mediation by **December 31, 2018**.

    11.    <u>Trial Estimate</u>.  Pursuant to Local Rule 26-1(d), counsel for the parties estimate that trial of this case will take approximately six days.

///

12. <u>Additional Parties</u>.  Pursuant to Local Rule 26-1(e), counsel for the parties do not currently expect to add any other parties to this case.

13. <u>Expert Witnesses</u>.  Pursuant to Local Rule 26-1(f), counsel for the parties propose **June 3, 2019**, as the deadline for the initial exchange of expert witness disclosures under FRCP 26(a)(2)(D)(i), and July 3, 2019, as the deadline for rebuttal expert witness disclosures under FRCP 26(a)(2)(D)(ii).

14. <u>Trial Date and Final Pretrial Conference</u>.  Pursuant to this Court's April 20, 2018 Scheduling Order, the parties jointly propose a trial date of **November 11, 2019**, and a final pretrial conference date of **October 28, 2019**.  All parties demanded a jury trial in their initial pleadings.

15. <u>Synopsis of Principal Issues</u>.  Pursuant to this Court's April 20, 2018 Scheduling Order, the parties identify the principal issue in the case is whether plaintiffs Svetlana Reile (as successor in interest to her late husband, Wolfgang Reile) and Anthony Beltran are entitled to recover approximately one million dollars, plus interest, from defendant Afilias, PLC.

The plaintiffs contend that the funds are owed under a Promissory Note executed in conjunction with a Stock Purchase Agreement pursuant to which Afilias purchased 101domains, Inc., a business previously owned by Wolfgang Reile and Beltran.

Afilias contends that its obligation to pay the balance of the Promissory Note is excused or offset due the failure by 101domains to pay pre-closing value added tax liabilities.  In its counterclaim, Afilias asserts claims for indemnity and declaratory relief.

At this time, the parties do not believe they are likely to amend their pleadings.

As previously indicated, all parties currently expect to file motions or cross-motions for summary judgment or partial summary judgment.

**[SIGNATURES ON FOLLOWING PAGE]**

| | | |
|---|---|---|
| 1 | DATED: November 20, 2018 | SQUIRE PATTON BOGGS (US) LLP |
| 2 | | By: /s/ Daniel H. Wu |
| 3 | | DANIEL H. WU |
| 4 | | EMILY L. WALLERSTEIN<br>Attorneys for Plaintiff and Counterclaim |
| 5 | | Defendant SVETLANA REILE |
| 6 | DATED: November 20, 2018 | SOLOMON WARD SEIDENWURM & |
| 7 | | SMITH LLP |
| 8 | | By: /s/ Stephen S. Schreiner |
| 9 | | STEPHEN L. SCHREINER |
| 10 | | Attorneys for Plaintiff and Counterclaim<br>Defendant ANTHONY M. BELTRAN |
| 12 | DATED: November 20, 2018 | BLANK ROME LLP |
| 13 | | By: /s/ Jonathan Loeb |
| 14 | | JONATHAN LOEB |
| 15 | | Attorneys for Defendant and<br>Counterclaimant AFILIAS, PLC |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all of the other signatories listed above, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

| | | |
|---|---|---|
| 21 | DATED: November 20, 2018 | SOLOMON WARD SEIDENWURM & |
| 22 | | SMITH LLP |
| 23 | | By: /s/ Stephen S. Schreiner |
| 24 | | STEPHEN L. SCHREINER<br>Attorneys for Plaintiff and Counterclaim |
| 25 | | Defendant ANTHONY M. BELTRAN |